# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Case No. 1:03−bk−07030−MDF

Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

  Issac Crosson 141 North 13th Street
  Harrisburg, PA 17103

Social Security No.:
  xxx−xx−8841

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence G. Frank (Trustee), Trustee**

is discharged as trustee of the above named debtor(s) and the chapter 7 case of the above named debtor(s) is closed.

Dated: 3/17/04                                                   BY THE COURT

*Mary D. France* (signature)

                                                         United States Bankruptcy Judge