FNLDEC

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Case No. 1:03–bk–07030–MDF

Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

   Issac Crosson 141 North 13th Street
   Harrisburg, PA 17103

Social Security No.:
   xxx–xx–8841

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

   **Lawrence G. Frank (Trustee), Trustee**

is discharged as trustee of the above named debtor(s) and the chapter 7 case of the above named debtor(s) is closed.

Dated: 3/17/04                              BY THE COURT

                                            *Mary D. France*

                                            United States Bankruptcy Judge

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0314-1           User: BWagner           Page 1 of 1                Date Rcvd: Mar 17, 2004
Case: 03-07030                 Form ID: fnldec         Total Served: 3

The following entities were served by first class mail on Mar 19, 2004.
db       Issac Crosson,    141 North 13th Street,    Harrisburg, PA   17103
aty      Joseph J. Dixon,   126 STATE STREET,    HARRISBURG, PA   17101
tr       Lawrence G. Frank (Trustee),   2023 North Second Street,   Harrisburg, PA   17102

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 19, 2004**                    **Signature:**   _Joseph Speetjens_